# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States

**Registration Number**

PAu 3-586-981

Effective date of registration:

January 12, 2011

## Title
**Title of Work:** Smitty

## Completion/Publication
**Year of Completion:** 2011

## Author
- **Author:** TriCoast Smitty LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** TriCoast Smitty LLC
11124 W. Washington Blvd., Culver City, CA, 90232, United States

## Rights and Permissions
- **Organization Name:** TriCoast Smitty LLC
- **Name:** Marcy Hamilton
- **Email:** marcy@tricoast.com
- **Telephone:** 310-458-7707
- **Address:** 11124 W. Washington Blvd
  Culver City, CA 93202

## Certification
- **Name:** Marcy Hamilton
- **Date:** January 5, 2011

# EXHIBIT B

| | IP Address | GUID | P2PClient | HitDateUTC | FileName | FileHash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 99.97.8.249 | 2D5554323230422DB84C5565D77469BC064E3BE5 | μTorrent 2.2.0 (Beta) | 4/20/12 10:45:57 PM | Smitty 2012 BDRip XviD-aAF | SHA1: B896F44008921D0E9255281216E05DCDD5F4E64C | SBC Internet Services | Illinois | Chicago |
| 2. | 68.23.160.20 | 2D5554333132302D95686A8B01CC1D79FFD7CE8F | μTorrent 3.1.2 | 4/22/12 10:39:11 PM | Smitty 2012 BDRip XviD-aAF | SHA1: B896F44008921D0E9255281216E05DCDD5F4E64C | SBC Internet Services | Illinois | Chicago |
| 3. | 99.189.221.88 | 4D372D322D312D2D72626E0AB478BD924969C023 | BitTorrent 7.2.1 | 4/24/12 12:39:40 PM | Smitty 2012 BDRip XviD-aAF | SHA1: B896F44008921D0E9255281216E05DCDD5F4E64C | SBC Internet Services | Illinois | Glenview |
| 4. | 98.193.57.170 | 2D5554323034302DB7595B088C0370309FCB1052 | μTorrent 2.0.4 | 5/2/12 09:12:14 PM | Smitty 2012 BDRip XviD-aAF | SHA1: B896F44008921D0E9255281216E05DCDD5F4E64C | Comcast Cable | Illinois | Morton Grove |
| 5. | 204.26.30.8 | 2D5554323034302DB7595B088C0370309FCB1052 | μTorrent 2.0.4 | 5/3/12 02:20:57 PM | Smitty 2012 BDRip XviD-aAF | SHA1: B896F44008921D0E9255281216E05DCDD5F4E64C | NorthShore University HealthSystem | Illinois | Skokie |
| 6. | 50.76.81.125 | 2D5554333030302D6E6304EA2E2C6646C63BC744 | μTorrent 3.0.0 | 5/7/12 09:10:29 PM | Smitty 2012 BDRip XviD-aAF | SHA1: B896F44008921D0E9255281216E05DCDD5F4E64C | Comcast Business Communications | Illinois | Rochester |
| 7. | 99.103.239.42 | 2D5554333133302D476A6B3304416C593E0A0F94 | μTorrent 3.1.3 | 5/9/12 03:08:45 PM | Smitty 2012 BDRip XviD-aAF | SHA1: B896F44008921D0E9255281216E05DCDD5F4E64C | SBC Internet Services | Illinois | Carol Stream |
| 8. | 98.227.230.63 | 2D5554323034302DB759A607227F552C7801D15C | μTorrent 2.0.4 | 5/28/12 06:31:53 PM | Smitty 2012 BDRip XviD-aAF | SHA1: B896F44008921D0E9255281216E05DCDD5F4E64C | Comcast Cable | Illinois | Berwyn |
| 9. | 69.243.147.222 | 2D5554333133302DF96A4849A9D2F4CCA4260197 | μTorrent 3.1.3 | 6/21/12 02:40:25 AM | Smitty 2012 BDRip XviD-aAF | SHA1: B896F44008921D0E9255281216E05DCDD5F4E64C | Comcast Cable | Illinois | Wilmette |
| 10. | 24.217.27.204 | 2D5554333133302DF96A4849A9D2F4CCA4260197 | μTorrent 3.1.3 | 7/14/12 10:28:19 PM | Smitty 2012 BDRip XviD-aAF | SHA1: B896F44008921D0E9255281216E05DCDD5F4E64C | Charter Communications | Illinois | Millstadt |